AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__          District of   __MASSACHUSETTS__

Yi Shao

V.

Michael Chertoff, as Secretary of the
Department of Homeland Security; Eduardo
Aguirre, as Director of the United States
Citizenship and Immigration Services;
Denis C. Riordan, as District Director
of the United States Citizenship and
Immigration Services for Boston,
Massachusetts, Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **05-40137**

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the United States Department of Homeland Security
United States Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vard R. Johnson
Suite 210
18 Tremont Street
Boston, Massachusetts 02108

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                    _August 12, 2005_
CLERK                                    DATE

_Kathleen Nasett_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 24, 2005 |
| NAME OF SERVER (PRINT) Vard R. Johnson | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested, on Defendant Chertoff and on Attorney General Alberto Gonzales (8/22/2005) and on U.S. Attorney Michael Sullivan (8/18/2005)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 7, 2005         /s/ Vard R. Johnson
              Date                  Signature of Server

Suite 210, 18 Tremont St.
Boston, Mass. 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

August 16, 2005

Mr. Michael Chertoff, Secretary
United States Department of Homeland Security
Washington, D.C. 20528

Re: Yi Shao v. Michael Chertoff, Secretary of the Department of Homeland Security;
Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
And Denis Riordan, District Director of the United States Citizenship and Immigration
Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
Case No. 05-40137

By Certified Mail: 7004 1160 0001 1779 5892

Dear Mr. Chertoff:

I am the attorney for the Plaintiff in the above referenced case. You are one of the three Defendants. Please find enclosed the Summons and Complaint in the above referenced case.

Yours very truly,

Vard R. Johnson

August 16, 2005

Mr. Michael Sullivan, U.S. Attorney
United States Department of Justice
John Joseph Moakley Federal Court House
1 Courthouse Way
Boston, Massachusetts 02210

Re: Yi Shao v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-40137

By Certified Mail: 7004 1160 0001 1779 5922

Dear Mr. Sullivan:

I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Agency Defendants in the above referenced case.

Yours very truly,

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website

OFFICIAL

Postage: $
Certified Fee:
Return Reciept Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Sent To: Sullivan
Street, Apt. No.; or PO Box No.
City, State, Zip+4

7004 1160 0001 1779 5922

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Michael Sullivan,
   U. S. Attorney
   Moakley Federal Ct. House
   1 Courthouse Way
   Boston, Mass. 02210

2. Article Number (Transfer from service label): 7004 1160 0001 1779 5922

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

August 16, 2005

Mr. Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530

Re: Yi Shao v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-40137

By Certified Mail: 7004 2510 0001 1779 5915

Dear Mr. Gonzales

   I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Agency Defendants in the above referenced case.

                                          Yours very truly,

[U.S. Postal Service Certified Mail Receipt and Domestic Return Receipt (PS Form 3811) form images, addressed to: Alberto Gonzales, U.S. Atty. General, U.S. Dept. of Justice, 950 Pennsylvania Ave., Washington, D.C. 20530]