THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YI SHAO, )<br>      Plaintiff )<br>)<br>V. )<br>)<br>MICHAEL CHERTOFF, as Secretary of the )<br>Department Homeland Security; EDUARDO )<br>AGUIRRE, as Director of the U.S. Citizenship & )<br>Immigration Services; DENIS C. RIORDAN, )<br>District Director of the U.S. Citizenship & )<br>Immigration Services for Boston, Massachusetts )<br>      Defendants ) | CIVIL ACTION FILE NO.05-40137<br><br>STIPULATION FOR DISMISSAL |

    Comes now the Plaintiff Yi Shao, by and through her attorney, Vard R. Johnson, and requests the Court to dismiss the above-entitled action with prejudice. On September 27, 2005, Plaintiff was naturalized as an United States citizen. Plaintiff's naturalization rendered this action moot.

                      Dated this 29th day of September 2005.

                        Yi Shao, Plaintiff

                        By: /s/ Vard R. Johnson
                        Suite 210, 18 Tremont Street
                        Boston, Massachusetts 02108
                                  1-617-557-1711
                                  1-617-557-4711 (fax)
                        vardinboston@verizon.net
                                Plaintiff's attorney